AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowdre, Karon O. | U.S. District Court, Alabama | 08/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Hugo Black Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Proprietor | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | Samford University (Defined Benefit Plan) - vested benefits in plan of former employer |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2014 | ▓▓▓▓▓▓ (Breed, Train, & Show Horses) | $0.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-Employed Law Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | College of Labor & Employment Lawyers Annual CLE Conference | 01/31/14 - 02/02/14 | Coral Gables, FL | Speaker on CLE Seminar Panel | Reimbursement for hotel, travel, & meals |
| 2. | Federal Judicial Conference | 02/19/14 - 02/21/14 | Leesburg, VA | FJC - Quality Improvement in Federal Drug and Reentry Courts | Provision/Reimbursement for hotel, travel, & meals |
| 3. | Byrne Judicial Clerkship Institute | 03/12/14 - 03/15/14 | Pepperdine School of Law | Instruct at Judicial Clerkship Seminar | Reimbursement for hotel, travel, & meals |
| 4. | Annual Conference | 03/26/14 - 03/28/14 | Washington, D.C. | FJC: Participate as Chief Judge | Provision/Reimbursement for hotel, travel, & meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowdre, Karon O.** | 08/13/2015 |

| 5. | S.E. Chapter of American Board of Trial Advocates | 05/02/14 - 05/03/14 | Nashville, TN | Speaker on CLE Seminar Panel | Provision for hotel and meals |
|---|---|---|---|---|---|
| 6. | New Chief Judge Orientation | 05/07/14 - 05/09/14 | Washington, D.C. | Participate as Chief Judge | Provision/Reimbursement for hotel, travel, & meals |
| 7. | SDAL Bankruptcy Judgeship Interviews | 06/30/14 | Montgomery, AL | Participate in interview process as Chief Judge | Reimbursement for travel |
| 8. | Alabama State Bar Annual Meeting | 07/10/14 - 07/13/14 | Sandestin, FL | Speaker on CLE Program | Provision for hotel |
| 9. | 2014 National Workshop for District Judges | 08/25/14 - 08/27/14 | Seattle, WA | Participant | Reimbursement for hotel, travel, cab, parking, & meals |
| 10. | Federal Judicial Conference | 12/04/14 - 12/05/14 | New York City, NY | Bankruptcy Basics for District Judges | Reimbursement for hotel, travel, parking, & meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bowdre, Karon O. | 08/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LLC #▮ Real Estate I Birmingham, Alabama | A | Rent | J | W | | | | | |
| 2. First Commercial Bank Acct | A | Interest | J | T | | | | | |
| 3. Fundamental Investors | A | Dividend | K | T | | | | | |
| 4. Growth Fund of America | A | Dividend | K | T | | | | | |
| 5. Morgan Stanley Private Bank NA (See Part VIII) | A | Dividend | K | T | | | | | |
| 6. Clearbridge Value Trust (See Part VIII) | A | Dividend | L | T | | | | | |
| 7. Microsoft Common Stock | A | Dividend | K | T | | | | | |
| 8. Walmart Common Stock | A | Dividend | | | Donated | | | | |
| 9. Fundamental Investors Fund (IRA) | A | Dividend | J | T | | | | | |
| 10. Growth Fund of America (IRA) | A | Dividend | J | T | Sold (part) | 02/13/14 | J | D | |
| 11. New Perspective Fund (IRA) | A | Dividend | K | T | | | | | |
| 12. Small Cap World Fund (IRA) | A | Dividend | K | T | | | | | |
| 13. Cap World Growth& Inc. (IRA) | B | Dividend | L | T | Buy (add'l) | 02/03/14 | K | | |
| 14. Invest. Co. of America (IRA) | B | Dividend | K | T | | | | | |
| 15. Wash. Mutual Inv. Fund (IRA) | B | Dividend | L | T | | | | | |
| 16. Trust I; ▮ See Part VIII | D | Int./Div. | N | W | | | | | |
| 17. Regions Bank Acct. | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Trust II;    See Part VIII | E | Int./Div. | P1 | W | | | | | |
| 19. 401(k)-Vanguard; See Part VIII | E | Dividend | O | T | Buy (add'l) | 01/02/14 | K | | |
| 20. Lawfirm Cap. Contrib; See Part VIII | | None | K | W | | | | | |
| 21. Trust III;    ; See Part VIII | | None | K | W | | | | | |
| 22. Trust IV    .;    See Part VIII | | None | K | W | | | | | |
| 23. Merrill Lynch Bank of America, N.A. Fund; See Part VIII | A | Interest | J | T | | | | | |
| 24. Merrill Lynch Bank of America, N.A. Fund; See Part VIII | A | Interest | J | T | | | | | |
| 25. Perkins Fd - Small Cap & Value Fund (IRA) | A | Dividend | K | T | | | | | |
| 26. T. Rowe Price Mid-Cap Growth Fund (IRA) | A | Dividend | L | T | | | | | |
| 27. General Electric Co., Common Stock | A | Dividend | J | T | | | | | |
| 28. Metlife (New England Financial) Perm. Life Ins. | A | Dividend | K | T | | | | | |
| 29. T. Rowe Price Mid Cap Growth Fund | A | Dividend | J | T | | | | | |
| 30. Capital World Growth | A | Dividend | K | T | | | | | |
| 31. Capital World Growth | A | Dividend | K | T | | | | | |
| 32. Real Estate Investment, Joint Venture, Panama City, FL | | None | J | W | | | | | |
| 33. American Fundamental Investors Class F | B | Dividend | L | T | | | | | |
| 34. Fidelity Funds Cash Reserves | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ING - Life Insurance Policy | A | Dividend | J | T | | | | | |
| 36. LLC #4 - ▓▓▓▓ Real estate investment; Birmingham, AL | D | Distribution | M | W | | | | | |
| 37. New World Fund | A | Dividend | K | T | | | | | |
| 38. T. Rowe Price Cap Apprec. | A | Dividend | | | Sold | 02/13/14 | J | B | |
| 39. American Tax Exempt Bond Fund CL-C | B | Dividend | L | T | Buy (add'l) | 04/02/14 | J | | |
| 40. Cap Inc Bldr FD CLC | A | Dividend | J | T | | | | | |
| 41. Fundamental Inv. Inc | A | Dividend | J | T | Buy (add'l) | 04/02/14 | J | | |
| 42. New World Fund | A | Dividend | J | T | | | | | |
| 43. Wells Fargo Co. | A | Dividend | J | T | | | | | |
| 44. Income Fund America | A | Dividend | K | T | | | | | |
| 45. American Tax Exempt Bond Fund CL-C | A | Dividend | K | T | Buy (add'l) | 04/02/14 | J | | |
| 46. Cap Inc. Bldr CL C | A | Dividend | J | T | | | | | |
| 47. Cap World Growth & Inc. | A | Dividend | J | T | | | | | |
| 48. SPDR Gold Trust (b) | A | Dividend | | | Sold | 05/28/14 | K | C | |
| 49. Bank of America, N.A; See Part VIII | A | Dividend | J | T | | | | | |
| 50. TD Bank USA FDIC Ins. Deposit Account | A | Dividend | | | Sold | 02/13/14 | J | A | |
| 51. American Cent Equity Income Fd | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Bond Fund | A | Dividend | K | T | | | | | |
| 53. Neuberger Berman Equity | A | Dividend | K | T | | | | | |
| 54. American Century Equity Income | A | Dividend | J | T | | | | | |
| 55. American Bond Fund of America | A | Dividend | J | T | | | | | |
| 56. Neuberger Berman Equity | A | Dividend | J | T | | | | | |
| 57. Managers Fremont Bond | A | Dividend | | | Sold | 02/13/14 | J | A | |
| 58. Loomis Sayles Bond Fund | A | Dividend | | | Sold | 02/13/14 | J | A | |
| 59. Asia Pacific High Div (IAE) | A | Distribution | | | Sold | 01/06/14 | J | A | |
| 60. Cushing MLP Total Return | A | Dividend | | | Sold | 02/18/14 | J | | |
| 61. Emerging Market Bond | A | Dividend | | | Sold | 02/07/14 | J | | |
| 62. First Commercial Bank | A | Interest | K | T | | | | | |
| 63. American Washington Mutual Investors | A | Dividend | K | T | | | | | |
| 64. Nucor Corporation | A | Dividend | J | T | | | | | |
| 65. Matthew Asia Pacific EQ | A | Dividend | | | Sold | 02/13/14 | J | A | |
| 66. American Tax Exempt Bd Fd | A | Dividend | J | T | | | | | |
| 67. American High Income Trust Fd | A | Dividend | J | T | | | | | |
| 68. Janus High Yield Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Janus High Yield Fund | C | Dividend | L | T | Sold (part) | 02/03/14 | K | B | |
| 70. Fidelity Adv Strategic | B | Dividend | K | T | | | | | |
| 71. Janus High Yield Fd | B | Dividend | K | T | | | | | |
| 72. Janus High Yield Fd | A | Dividend | J | T | | | | | |
| 73. Bank of America, N.A; See Part VIII | A | Interest | J | T | | | | | |
| 74. Aberdeen Asia - PAC | A | Dividend | | | Sold | 01/28/14 | J | | |
| 75. Deutsche Global; See Part VIII | A | Dividend | J | T | | | | | |
| 76. Deutsche Global; See Part VIII | A | Dividend | L | T | Buy (add'l) | 02/03/14 | K | | |
| 77. Hartford Life Ins. Policy | B | Dividend | L | T | | | | | |
| 78. SPDR Trust Short Term High Yield Bond ETF | A | Dividend | | | Sold | 02/18/14 | J | | |
| 79. Mairs and Power Growth Fund | A | Dividend | | | Sold | 02/13/14 | J | A | |
| 80. Oakmark FDS Oakmark International | A | Dividend | | | Sold | 02/13/14 | J | A | |
| 81. FPA Crescent Portfolio | A | Dividend | | | Sold | 02/13/14 | J | A | |
| 82. Managers AMG Yacktman Fund | A | Dividend | | | Sold | 02/13/14 | J | | |
| 83. Vanguard Div. Apprec. ETF | A | Dividend | | | Sold | 02/18/14 | J | | |
| 84. First Commercial Bank; See Part VIII | A | Interest | L | T | | | | | |
| 85. Bank of America, N.A.; See Part VIII | A | Interest | J | T | Buy (add'l) | 11/04/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Smead Value Fund | A | Dividend | K | T | Buy | 02/13/14 | K | | |
| 87. American Capital Income Builder | A | Dividend | J | T | Buy | 11/17/14 | J | | |
| 88. Deutsche Global Infrastructure | A | Dividend | J | T | Buy | 11/17/14 | J | | |
| 89. Smead Value Fund | B | Dividend | K | T | Buy | 05/27/14 | K | | |
| 90. Trust V - Income Bene; See Part VIII | B | Dividend | K | T | | | | | |
| 91. Deutsche Global Infrastructure | A | Dividend | J | T | Buy | 04/02/14 | J | | |
| 92. Artisan (ARTIX) | A | Dividend | | | Buy | 01/24/14 | J | | |
| 93. | | | | | Sold | 02/14/14 | J | | |
| 94. Homestead Funds (HSCSX) | A | Dividend | | | Buy | 01/24/14 | J | | |
| 95. | | | | | Sold | 02/14/14 | J | | |
| 96. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust I is a trust created ▮▮▮▮▮ other than the reporting person ▮▮▮. Its asset is an interest in ▮▮▮▮▮, LLC, that is invested through Merrill Lynch and Sterne Agee in manager directed investements.
Merrill Lynch manager accounts: Eagle Asset Managment SCG, Blackrock Equity Dividend Fund, Neuberger Int'l Core, Neuberger Berman Large Cap Growth, Merrill Lynch Personal Advisor Program and Perkins/Janus MCV.
Sterne Agee & Leach manager accts: Boyd Watterson Fixed Income, Wealth Core SA Assets, WCM, Lakeshore Capital, W.H. Reaves & Co., Sterne Agee Prime Cash Acct., Minneapolis Port Management and Dana Investments. Investment accts and allocations are selected by Merrill Lynch and Sterne Agee & Leach representatives.

Trust II is a trust created ▮▮▮▮▮ other than the reporting person ▮▮▮. Its asset is an interest in ▮▮▮▮▮, LLC, that is invested through Merrill Lynch and Sterne Agee in manager directed investments (see above).

401(k): (Line 19) Vanguard (Company trustee changed plan sponsor) : Investments are in Income Fund of America, Dodge & Cox Stock Fund, Vanguard 500 Index, Vanguard Mid Cap Value Index, Hartford Mid Cap, Vanguard Small Cap Index, Vanguard International Value, Vanguard International Explorer, PIMCO Total Return Instl, and PIMCO High Yield Instl. Contributions to the Plan and purchases by the Plan to preselected funds are made throughout the year.

Lawfirm Capital Contribution ▮▮▮ is in the law firm of Wallace, Jordan, Ratliff & Brandt, LLC in Birmingham, AL.

Trust III owns a life insurance policy issued by Phoenix Mutual Life Insurance Company and stock issued by Phoenix Mutual.

Trust IV owns a life insurance policy issued by Northwestern Mutual Life Insurance Company.

Trust V is a trust created by ▮▮▮▮▮ other than the reporting person ▮▮▮. Its asset is an interest in ▮▮▮▮▮, LLC that is invested through Morgan Stanley directed investments and automatic programs. Trust V was overlooked in 2013 and should have been included in that earlier report. Please consider this note an amendment of the 2013 report.

Previous line 5 (Merrill Lynch Bank Deposit Program) no longer met the minimum reportable threshold in 2014.

Previous line 10, Citibank Morgan Stanley Money Fund, changed names to Morgan Stanley Private Bank NA. The investment vehicle changed names without direction from the account holder.

Previous line 11, Legg Mason Value Trust, changed names to Clearbridge Value Trust. The investment vehicle changed names without direction from the account holder.

Previous lines 93 and 94, DWS RREEF Global, changed names to Deutsche Global. The investment vehicle changed names without direction from the account holder.

Line 84 was overlooked in barely meeting the reportable threshold in 2013 and should have been included in that earlier report. Please consider this note an amendment of the 2013 report.

Changes in cash sweep accounts by brokerage firms affected a name change for various lines including lines 5, 23, 24, 49, and 73.

Partial Sales in some holdings did not change year-end category listings.

Deletion of some holdings in previous reported years caused the deletion of certain lines and effectuated a change in numbering for subsequent entries.

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karon O. Bowdre**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544